# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>One 2012 Toyota Venza XLE, VIN # 4T3B3BB7CU073918; $9,000.00 in U.S. Currency; $4,000.00 in U.S. Currency; $2,000.00 of $19,315.00 in U.S. Currency; and One 2010 Subaru Forester 2.5X Premium, VIN #: JF2SH6CC2AH704182,<br><br>　　　　Defendants. | Civil Action No. 5:19-cv-00928 (GTS/TWD)<br><br>**FINAL ORDER OF FORFEITURE** |

**THIS COURT** having before it the United States' Motion for Default Judgment and for Entry of an Order of Forfeiture (Dkt. No. 24), it is hereby

**ORDERED** that the United States' Motion be and it hereby is GRANTED, and it is further

**ORDERED** that all defendants *in rem* be forfeited to the United States, and it is further

**ORDERED** that the Clerk of Court shall enter final judgment and close this case.

**IT IS SO ORDERED.**

Dated:   October 15, 2020

_____
Glenn T. Suddaby
Chief U.S. District Judge